1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
JOSEPH ANAYA,                          No. C 19-1967 WHA (PR)
10
                Plaintiff,             **SUA SPONTE REFERRAL FOR**
11                                     **DETERMINING RELATIONSHIP**
    v.
12
RALPH DIAZ; KATHLEEN
13  ALLISON; CRAIG KOENIG,
14              Defendants.
                                    /
15
16          Plaintiff, a California state prisoner proceeding pro se, filed this pro se civil rights case

17  under 42 U.S.C. § 1983.  A review of the complaint and other pleadings indicates that the case

18  may be related to an earlier-filed case assigned to United States District Judge Lucy H. Koh.

19  *See Ruiz v. Diaz, et al.*, No. C 19-1928 LHK (PR).  Accordingly, pursuant to Civil Local Rule

20  3-12(c), this case is hereby **REFERRED** to Judge Koh, who is requested to consider whether the

21  cases are related.

22          IT IS SO ORDERED.

23
Dated: April___22___, 2019.
24                                  _____
                                    WILLIAM ALSUP
25                                  UNITED STATES DISTRICT JUDGE
26
27
28